UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

St. Katherine's Ukrainian Orthodox Church,

Plaintiff,

v.

Church Mutual Insurance Company,

Defendant.

Case No.: 00-2106 ADM/SRN

**STIPULATION FOR DISMISSAL AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

**IT IS FURTHER STIPULATED AND AGREED** that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 10/26/2000

Aaron T. Stone (#231915)
STRANDEMO & SHERIDAN
320 Eagandale Office Center
1380 Corporate Center Curve
Eagan, MN 55121
Attorneys for Plaintiff

FILED NOV 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D NOV 08 2000
DEPUTY CLERK

Dated: 10-30-2000

Christian A. Preus, (#173617)
Shawn A. Harris, (#029455X)
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Attorneys for Defendant

**ORDER FOR DISMISSAL**

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:** That the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

**Judge of District Court**
**Ann D. Montgomery**

Dated: November 8, 2000

832949